37 A.3d 586

**Robert HOLMAN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, and Pennsylvania Department of Corrections, Mike Wenerowicz, Warden, Respondents.**

**No. 99 EM 2011.**

Supreme Court of Pennsylvania.

Jan. 3, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of January, 2012, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Habeas Corpus is **DENIED,** and the Application to Quash is **DISMISSED AS MOOT.**